UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MINES,<br><br>           Plaintiff,<br><br>  v.<br><br>SPECIAL COMMITMENT CENTER.<br><br>           Defendant. | CASE NO. C11-5758-BHS-JRC<br><br>REPORT AND<br>RECOMMENDATION TO DISMISS<br><br>NOTED FOR: November 18, 2011 |

This 42 U.S.C. §1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks to dismiss this action prior to the granting of in forma pauperis status or service of the complaint. Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) plaintiff has an absolute right to dismiss his action at this stage of the proceedings. The Court recommends this action be dismissed without prejudice on plaintiff's motion.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R.

1 | Civ. P. 6.  Failure to file objections will result in a waiver of de novo review by the

2 | District Court Judge. See, 28 U.S.C. 636 (b)(1)(C).  Accommodating the time limit

3 | imposed by Rule 72(b), the clerk is directed to set the matter for consideration on

4 | November 18, 2011 as noted in the caption.

    Dated this 11th day of October, 2011.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge