UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN MINES,

        Plaintiff,

v.

SPECIAL COMMITMENT CENTER,

        Defendant.

CASE NO. C11-5758BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's motion to dismiss this action without prejudice is **GRANTED**.

Dated this 5th day of December, 2011.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER