# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CALVIN MINES,

    Plaintiff,

v.

SPECIAL COMMITMENT CENTER,

    Defendant.

CASE NO. C11-5758BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's motion to dismiss this action without prejudice is **GRANTED**.

Dated this 5th day of December, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER