# United States District Court

### WESTERN DISTRICT OF WASHINGTON

CALVIN MINES

v.

SPECIAL COMMITMENT CENTER

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5758BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED;** and

Plaintiff's motion to dismiss this action without prejudice is **GRANTED**.

_____December 6, 2011_____
Date

_____WILLIAM M. McCOOL_____
Clerk

_____*s/CM Gonzalez*_____
Deputy Clerk