# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CALVIN MINES | JUDGMENT IN A CIVIL CASE |
| v. | |
| SPECIAL COMMITMENT CENTER | CASE NUMBER: C11-5758BHS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED;** and

Plaintiff's motion to dismiss this action without prejudice is **GRANTED**.


  December 6, 2011                                                  WILLIAM M. McCOOL
Date                                                                  Clerk

                                                                                      *s/CM Gonzalez*
                                                                                      Deputy Clerk